1   **VITALY S. PALAMARCHOUK**           ORIGINAL

2   34 MEADOWBROOK LN
    NEWARK, DE, 19711

3   Phone: (302)234-1260
    Email: Vitaly.palamarchouk@astrazeneca.com

4   *Pro Se.*

5

6                  **THE UNITED STATES DISTRIC COURT**

7                  **DISTRICT COURT OF DELAWARE**

8

9                                                    )

10  **Plaintiff:**      **Vitaly S. Palamarchouk**   )
                                                     )       **Case No.**   0 8 - 8 0
11  **Vs.**                                          )
                                                     )
12                                                   )       **ORIGINAL COMPLAINT**
    **Defendants:**                                  )       **FOR WRIT IN THE NATURE OF**
13  **Michael Chertoff**, Secretary of the Department)       **MANDAMUS & DECLARATORY**
    of Homeland Security (DHS).                      )       **JUDGEMENT**
14  **Emilio T. Gonzalez**, Director of the U.S.     )
15  Citizenship and Immigration Services (USCIS)     )
    **Paul Novak**, Director of Vermont Service      )
16  Center of USCIS                                  )
17  **Robert S. Mueller III**, Director of Federal   )
    Bureau of Investigation (FBI)              )     )
18

19

20

21

22                              **INTRODUCTION**

23  1.    This action is brought against the Defendants to compel action on the clearly delayed

24        processing of an N-400 Application for Naturalization filed by the Plaintiff, Vitaly S.

25        Palamarchouk about 22 months ago. The application was filed and remains within the

26
          jurisdiction of the Defendants, who have improperly delayed processing the
27
28        application to Plaintiff's detriment.

**PARTIES**

2.  Plaintiff, Vitaly S. Palamarchouk is a lawful permanent resident of the United States, currently residing in Newark, Delaware. He is the beneficiary of an N-400, Application for Naturalization to become a U.S. Citizen, filed with the USCIS (Vermont Service Center, St. Albans, VT) on April 21, 2006.

3.  Defendant, Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with the enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC § 1103(a). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

4.  Defendant, Emilio T. Gonzalez is the Director of the U.S Citizenship & Immigration Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR § 103.1(g) (2) (ii) (B).

5.  Defendant, Paul Novak is the Director of Vermont Service Center of U.S. Citizenship and Immigration Services. In his capacity as the Director of Vermont Service Center, USCIS, Mr. Novak is responsible for the administration of immigration benefits and services including the processing of naturalization applications. As such, he has decision-making authority over the matters alleged in this Complaint.

6. Defendant, Robert S. Mueller III is the Director of Federal Bureau of Investigation. Mr. Mueller III is responsible for the administration of background check services requested by USCIS. As such, he has decision-making authority over the matters alleged in this Complaint.

**JURISDICTION**

7. This Court has subject matter jurisdiction over this action under 5 U.S.C. § 1361 (Mandamus Act); and under 28 U.S.C. § 1331 (federal question jurisdiction) and under 5 U.S.C. §§ 555(b), 701 et seq. (Administrative Procedure Act "APA"); and under 28 U.S.C. § 2201 (Declaratory Judgment Act). This Court may grant relief pursuant to 28 U.S.C. §§ 1361, 1651, 2202 and 5 U.S.C. § 702.

**VENUE**

8. Venue is proper in this court, pursuant to 28 USC §1391(e), in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

**EXHAUSTION OF REMEDIES**

9. During the past 19 months, Plaintiff has exhausted his administrative remedies. Plaintiff has supplied the USCIS and FBI documents that clearly establish his eligibility to be naturalized as U.S. Citizen. This action challenges only the Defendants' timeliness in adjudication of this Naturalization petition, not the granting or denial of petition.

**CAUSE OF ACTION**

10. Plaintiff is a lawful permanent resident of the United States. Plaintiff was granted United States Permanent Resident status on July 29, 2001 under File Number A#029-984-348 based on Employment Based Category E26 (Professionals holding advanced

degrees). Attached hereto as **Exhibit "1"** is a copy of Plaintiff's Permanent Resident Card.

11. Plaintiff filed a petition for Naturalization (N-400 application) with the USCIS Vermont Service Center, St. Albans, VT, which was received by the Service Center on April 21, 2006(Application number ESC*001617174). Attached hereto as **Exhibit "2"** is the receipt notice by the USCIS.

12. On June 6, 2006, Plaintiff submitted his finger prints at the USCIS Dover Office. Attached hereto as **Exhibit "3"** is a copy of the fingerprint appointment letter and the biometrics processing record number, date and signature confirming that fingerprints were submitted to USCIS on June 6, 2006.

13. In January of 2007, Plaintiff found that his case was outside of normal processing time from USCIS's website: https://egov.immigration.gov/cris/jsps/officeProcesstimes.jsp?selectedOffice=74. On January 19, 2007, Plaintiff made an inquiry regarding his case status through USCIS National Customer Service hotline at 1-800-375-5283. Plaintiff received a letter from USCIS dated February 22, 2007 stating that processing of the case has been delayed and the case is not yet ready for a decision, as the required security checks remain pending. Plaintiff was told to contact USCIS again six months later if he did not receive a decision or notice of action by that time. Attached hereto as **Exhibit "4"** is the aforementioned status letter from USCIS.

14. On July 13, 2007, Plaintiff made another inquiry regarding his case status through USCIS National Customer Service hotline at 1-800-375-5283 (investigation case# T1I1940701839 PHI). Plaintiff received a letter from USCIS dated August 15, 2007

1   stating:  the case is at the Vermont Service Center. The processing of your case has

2   been delayed. A check of our records establishes that your case is not yet ready for

3   decision, as the required investigation into your background remains open. Plaintiff

4

5   was told to contact USCIS again six months later if he did not receive a decision or

6   notice of action by that time. Attached hereto as **Exhibit "5"** is the aforementioned

7   status letter from USCIS.

8

9   15.   On February 8, 2007, Plaintiff contacted the office of The Honorable Michael N.

10   Castle, US. Congressman, explaining how this delay brought great stress and

11   inconvenience to Plaintiff. Plaintiff asked the Congressman to help. An Executive

12   Assistant at Congressman Michael N. Castle's office, told Plaintiff that they did not

13   have authority to expedite the request, but they could find out the status of the request

14

15   via Congressional Inquiry. Plaintiff received a call from Congressman Michael N.

16   Castle's Office on February 18, 2007, stating that FBI received the request for

17   Plaintiff's Name Check from USCIS and it was being processed.

18   16.   On November 13, 2007, Plaintiff made another inquiry regarding his case status

19   through USCIS National Customer Service hotline at 1-800-375-5283 (investigation

20

21   case# NYC3170702152 VSC). Plaintiff received a e-mail from USCIS dated

22   November 20, 2007 stating: The processing of your case has been delayed. A check of

23   our records establishes that your case is not yet ready for decision, as the required

24

25   investigation into your background remains open. Until the background investigation

26   is completed, we cannot move forward on your case.  These background checks are

27   required to be completed on all applicants who apply for the immigration benefit you

28   are seeking. We will make every effort to make a decision on this case as soon as the

1    background checks are complete. Attached hereto as **Exhibit "6"** is the

2    aforementioned status letter from USCIS.

3

4    17.  On August 21, 2007, Plaintiff contacted US Senator Joseph R. Biden, Jr,  Office to

5    help with the inquiry up on the status of his Name Check. Plaintiff received a call

6    from US Senator Joseph R. Biden, Jr,  Office, indicating that Plaintiff's Name Check

7    Request was received from USCIS, and was currently in process.

8

9    18.  Plaintiff Vitaly S. Palamarchouk has exhausted administrative remedies on his

10   application for Naturalization.  Plaintiff  has been lawfully present in the United

11   States for over 13 years since December of 1993 and has always complied with

12   immigration and civil laws, has never been arrested or convicted of a crime and has

13

14   never presented a security risk to the United States.

15   19.  Plaintiff's application for naturalization has been pending since April 21, 2006.

16   Plaintiff has appeared for all fingerprinting appointments as scheduled. Thus the delay

17   cannot be attributed to him., The FBI has failed to take any action whatsoever on

18

19   Plaintiff's name check request.

20   20.  The Defendants have failed to properly adjudicate the Plaintiff's applications. They

21   have failed to adhere to their own regulations and have improperly delayed the

22   processing of Plaintiff's N-400 Application after the Plaintiff had submitted a

23

24   properly executed application. In general, Congress has laid down the parameters of

25   reasonableness in immigration adjudication, stating: "It is the sense of Congress that

26   the processing of an immigration benefit application should be completed not later

27   than 180 days after the initial filing of the application." 8 U.S.C. § 1571. Plaintiff's

28   initial filing of his application was on April 21, 2006; to date it has been 656 days

1    since Plaintiff's initial filing. According to the USCIS web site for District Office

2    Processing Dates for Dover, DE Office, Posted on November 14, 2007, USCIS is now

3    processing cases with Receipt Notice Date of February 24, 2007 for N-400
4
5    applications, whereas Plaintiff's Receipt Notice Date is April 21, 2006. Defendants

6    have sufficient information to determine Plaintiff's eligibility pursuant to applicable

7    requirements and complete the processing procedures.

8
                                **INJURY TO PLAINTIFF**
9

10   21.  Defendants' failure to timely process Plaintiff's naturalization application, including

11   any name check, has caused and will continue to cause irreparable injury to Plaintiff.

12   Defendants' failure to adjudicate Plaintiff's application has caused extreme distress

13   for Plaintiff.
14
15   a.   Plaintiff is not entitled for benefits only available to U.S. citizens. Therefore

16   Defendants' unreasonable delay in adjudicating naturalization application

17   deprived Plaintiff of citizenship benefits like a right to vote and fully

18   participate in our democracy; receive a United States passport; hold a job that
19
20   is restricted to United States citizens.

21   b.   Plaintiff has lost significant work time while pursuing his application for

22   naturalization, making inquiries with USCIS, contacting his local

23   Congressman's and Senator's office, contacting several immigration attorneys
24
     to find out what remedies are available. All of these result in significant
25
26   expenses financially, mentally, and time-wise.

27   22.  The Administrative Procedure Act requires administrative agencies to conclude

28   matters presented to them "within a reasonable time." 5 U.S.C. § 555. A district court

1   reviewing agency action may "compel agency action unlawfully withheld or

2   unreasonable delayed." 5 U.S.C. § 706(1). The court also may hold unlawful and set

3
    aside agency action that, inter alia, is found to be: "arbitrary, capricious, an abuse of
4
5   discretion, or otherwise not in accordance with law," 5 U.S.C. §706(2)(A); "in excess

6   of statutory jurisdiction, authority, or Limitations, or short of statutory right," 5

7   U.S.C. § 706(2)(C); or "without observance of procedure required by law," 5 U.S.C. §

8   706(2)(D). "Agency action" includes, in relevant part, "an agency rule, order, license,
9
    sanction, relief, or the equivalent or denial thereof, or failure to act." 5 U.S.C.
10
11  §551(13).

12  23.  The Defendants, in violation of the Administrative Procedures Act, 5 USC §§ 555 et

13       seq., 701 et seq., are unlawfully withholding action on the plaintiff's application and
14
         have failed to carry out the adjudicative functions delegated to them by law with
15
16       regard to the Plaintiff's case.

17  24.  Plaintiff has provided sufficient evidence of his attempt to secure adjudication of

18       these applications at this issue, all to no avail. Accordingly Plaintiff has been forced
19
         to file a petition in this court.
20

21                              **PRAYER FOR RELIEF**

22  25.  WHEREFORE, in view of the arguments and authority noted herein, Plaintiff

23       respectfully prays that the Defendants be cited to appear herein and that, upon due
24
         consideration, the court enter an order:
25

26       a.   Assume jurisdiction over this matter.

27       b.   Declare that the Defendants' failure to act is illegal, arbitrary, capricious, and

28            abuse of discretion.

1    c.    Compel Defendants and those acting under them to perform their duty to act

2          on completing Plaintiff's name check and to adjudicate Plaintiff's application

3          for naturalization within a reasonable time period specified by this court.

4

5    d.    Award Plaintiff reasonable costs of this suit.

6    e.    Grant such other and further relief as this Court deems just and appropriate.

7    Dated: February 7, 2008

8
                                    Respectfully Submitted.
9

10

11                                       VITALY S. PALAMARCHOUK

12                                          34 MEADOWBROOK LN

13
                                             NEWARK, DE, 19711
14

15                                         Phone: (302)234-1260

16                             Email: Vitaly.palamarchouk@astrazeneca.com

17                                                          *Pro Se.*

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1

# FRONT



## PERMANENT RESIDENT CARD

NAME PALAMARCHOUK, VITALIY S.

INS A#
Birthdate          Sex M
Country of Birth
Ukraine
CARD EXPIRES 12/11/11
Resident since 07/29/91

C1USA0299843486SRC9911850799<<
112212UKR<<<<<<<<<<2
PALAMARCHOUK<<VITALIY<S<<<<<<<

# BACK



# EXHIBIT  2

# THE UNITED STATES OF AMERICA

| | | | NOTICE DATE |
|---|---|---|---|
| Receipt | | | May 02, 2006 |
| **CASE TYPE** | | | **INS A#** |
| N400    Application For Naturalization | | | A 029 984 |
| **APPLICATION NUMBER** | **RECEIVED DATE** | **PRIORITY DATE** | **PAGE** |
| ESC*001617174 | April 21, 2006 | April 21, 2006 | 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

VITALY SAVVOVICH PALAMARCHOUK
34 MEADOWBROOK LN
NEWARK DE 19711

PAYMENT INFORMATION:

Single Application Fee:     $400.00
Total Amount Received:     $400.00
Total Balance Due:     $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:
Address Where You Live:    34 MEADOWBROOK LN
                          NEWARK DE 19711

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

ESC*001601372

# EXHIBIT 3

Department of Case 1:08-cv-00080-JJF    Document 1-2    Filed 02/07/2008    Page 6 of 15
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| | NOTICE DATE |
|---|---|
| Fingerprint Notification | May 30, 2006 |

| CASE TYPE | | | INS A# |
|---|---|---|---|
| N400    Application For Naturalization | | | A 029 984 |

| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
|---|---|---|---|
| ESC*001617174 | April 21, 2006 | April 21, 2006 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

VITALY SAVVOVICH PALAMARCHOUK
34 MEADOWBROOK LN
NEWARK DE 19711

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| CIS DOVER | 06/09/2006 |
| 655 SOUTH BAY ROAD | 08:00 AM |
| BLUE HEN CORPORATE CENTER | |
| DOVER DE 19901 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available: ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

CIS DOVER
655 SOUTH BAY ROAD
BLUE HEN CORPORATE CENTER
DOVER DE 19901

If you have any questions regarding this notice, please call 1-800-375-5283.        APPLICANT COPY

APPLICATION NUMBER
ESC*001617174

## WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

EXHIBIT  4

**U.S. Department of Homeland Security**

Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001



**U.S. Citizenship
and Immigration
Services**

Thursday, February 22, 2007

VITALY PALAMARCHOUK
34 MEADOW BROOK LN
NEWARK DE 19711

Dear VITALY PALAMARCHOUK:

On 01/19/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | Information not available |
| **Receipt #:** | ESC*001617174 |
| **Beneficiary (if you filed for someone else):** | PALAMARCHOUK, VITALY |
| **Your USCIS Account Number (A-number):** | A29984 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for a decision, as the required security checks remain pending.

Until the security checks have been completed, we cannot move forward on your case. These security checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# EXHIBIT  5



**U.S. Department of Homeland Security**
USCIS
1600 Callowhill Street, First Floor
Philadelphia, PA 19130

**U.S. Citizenship and Immigration Services**

Wednesday, August 15, 2007

VITALY PALAMARCHOUK
34 MEADOW BROOK LN
NEWARK DE 19711

Dear VITALY PALAMARCHOUK:

On 07/13/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 04/28/2006 |
| **Receipt #:** | ESC*001617174 |
| **Beneficiary (if you filed for someone else):** | PALAMARCHOUK, VITALY |
| **Your USCIS Account Number (A-number):** | A29984 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

Your N400 case is at the Vermont Service Center. The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 08-15-2007 11:34 AM EDT - ESC*001617174

EXHIBIT  6

## Palamarchouk, Vitaly

| From: | CRIS [USCIS-CRIS@dhs.gov] |
|---|---|
| Sent: | Tuesday, November 20, 2007 8:09 AM |
| To: | Palamarchouk, Vitaly |
| Subject: | Your recent inquiry |

U.S. Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001

U.S. Citizenship and Immigration Services
Tuesday, November 20, 2007

Emailed to VITALY.PALAMARCHOUK@ASTRAZENECA.COM

Dear M. Palamarchouk:

On 11/13/2007 you, or the designated representative shown below, contacted us about your case.  Some of the key information given to us at that time was the following:

Caller indicated they are:
 -- Applicant or Petitioner

Attorney Name:
 -- Information not available

Case type:
 -- N400

Filing date:
 -- 04/21/2006

Receipt #:
 --

Beneficiary (if you filed for someone else):
 -- Information not available

Your USCIS Account Number (A-number):
 -- 029984

Type of service requested:
 -- Non-Delivery of Receipt Notice

The status of this service request is:

The processing of your case has been delayed.  A check of our records establishes that your case is not yet ready for decision, as the required  investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember:  By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they

1

move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services



Home    Contact Us    Site Map    FAQ

Search



Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

Print This Page    Back

# U.S. Citizenship and Immigration Services
## Dover DE Processing Dates
## Posted November 14, 2007

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **Dover DE** Posted November 14, 2007

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | 3 Months |
| I-600A | Application for Advance Processing of Orphan Petition | 3 Months |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | February 24, 2007 |
| N-600 | Application for Certification of Citizenship | July 31, 2007 |



**12-10-2007 11:32 AM EST**

&JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

08 - 80

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS

Vitaly S. Palamarchouk, 34 Meadowbrook Ln, Newark, DE 19711

**(b)**  County of Residence of First Listed Plaintiff   New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)

Pro se

## DEFENDANTS

Michael Chertoff, Emilio T. Gonzalez, Paul Novak, Robert S. Mueller

County of Residence of First Listed Defendant   DC
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II.  BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1   U.S. Government
        Plaintiff

☐ 3   Federal Question
        (U.S. Government Not a Party)

☒ 2   U.S. Government
        Defendant

☐ 4   Diversity
        (Indicate Citizenship of Parties in Item III)

## III.  CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                      and One Box for Defendant)

|                                  | PTF | DEF |                                                              | PTF | DEF |
|----------------------------------|-----|-----|--------------------------------------------------------------|-----|-----|
| Citizen of This State            | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State     | ☐ 4 | ☐ 4 |
| Citizen of Another State         | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation                                         | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V.  ORIGIN   (Place an "X" in One Box Only)

☒ 1  Original
      Proceeding

☐ 2  Removed from
      State Court

☐ 3  Remanded from
      Appellate Court

☐ 4  Reinstated or
      Reopened

☐ 5  Transferred from
      another district
      (specify)

☐ 6  Multidistrict
      Litigation

☐ 7  Appeal to District
      Judge from
      Magistrate
      Judgment

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28:1361

Brief description of cause:
Petition for Writ of Mandamus

## VII.  REQUESTED IN
COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII.  RELATED CASE(S)
IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE
02/07/2008

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

... 0 8 ‒ 8 0 ....

Civil Action No. _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___5___ COPIES OF AO FORM 85.

 $\underline{02/07/2008}$ 
(Date forms issued)

_____
(Signature of Party or their Representative)

 $\underline{Vitaly \quad Palamarchouk}$ 
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:   C.A.#   0 8 - 8 0

CASE CAPTION: _____ v. _____

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received  *02/07/2008*         Signed: _____
by Plaintiff:                                   Pro Se Plaintiff

Date Received _____        Signed: _____
by Clerk's office:                             Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street           If applicable, Rule 4 mailed to plaintiff:
Lockbox 18
Wilmington, DE 19801

                             _____
                                    Date mailed


                             _____
                                    By Deputy Clerk

cc:  Docketing Clerk

wp\forms\rule4receipt 2-04