VITALY S. PALAMARCHOUK
34 MEADOWBROOK LN
NEWARK, DE, 19711
Phone: (302)234-1260
Email: Vitaly.palamarchouk@astrazeneca.com
*Pro Se*

FILED
FEB 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

THE UNITED STATES DISTRIC COURT
DISTRICT COURT OF DELAWARE

**Plaintiff:** Vitaly S. Palamarchouk )
) Case No. 08-80 – JJF
Vs. )
) **AFFIDAVIT OF SERVICE**
**Defendants:** )
**Michael Chertoff**, Secretary of the Department )
of Homeland Security (DHS) )
**Emilio T. Gonzalez**, Director of the U.S. )
Citizenship and Immigration Services (USCIS) )
**Paul Novak**, Director of Vermont Service )
Center of USCIS )
**Robert S. Mueller III**, Director of Federal )
Bureau of Investigation (FBI) )
)

I hereby certify that copies of the Plaintiff's Complaint which was filed with the Clerk in this case on February 7, 2008, along with the Court-issued summonses in a civil action were served to the defendants named in this case.

Colm Connolly, US Attorney, on February 7, 2008;

Paul Novak, Director, VSC, on February 11, 2008;

Robert Mueller, FBI Director, on February 11, 2008;

Michael Chertoff, Secretary of DHS, on February 11, 2008;

Emilio Gonzales, USCIS Director, on February 11, 2008.

Respectfully Submitted.

_____  02/11/2008

VITALY S. PALAMARCHOUK

34 MEADOWBROOK LN

NEWARK, DE, 19711

Phone: (302)234-1260

Email: Vitaly.palamarchouk@astrazeneca.com

*Pro Se*

Vitaly S. Palamarchouk
34 Meadowbrook Ln
Newark, DE 19711

CASE
# 08-80

Peter Dalleo, Clerk of Court
Lockbox 18
844 King Street,
US COURTHOUSE
WILMINGTON, DE 19801

U.S.M.S.
X-RAY