≪AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

Palamarchouk

V.

Chertoff, Gonzales, Novak, Mueller

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: -08-80- JJF

FILED
FEB 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: (Name and address of Defendant)

Honorable Colm F. Connolly
United States Attorney's Office
District of Delaware
P.O. Box 2046
Wilmington, Delaware 19899

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

VITALY S. PALAMARCHOUK
34 MEADOWBROOK LN
NEWARK, DE, 19711
Phone: (302)234-1260
Email: Vitaly.palamarchouk@astrazeneca.com

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 02/07/08 |
| NAME OF SERVER *(PRINT)* GENNADY SMAGIN | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: US ATTORNEY Office Intake

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Sharon Bryan

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 7, 2008       /s/ G. Smagin
                    Date                 Signature of Server

34 Meadowbrook Ln
*Address of Server*
Newark, DE 19711

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Vitaly S. Palamarchouk
34 Meadowbrook Ln
Newark, DE 19711

Peter Dalleo, Clerk of Court
Lockbox 18
844 King Street,
US COURTHOUSE
WILMINGTON, DE 19801

CASE
#08-80

U.S.M.S.
X-RAY