AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DELAWARE

Palamarchouk

**SUMMONS IN A CIVIL ACTION**

V.

Chertoff, Gonzales, Novak, Mueller

CASE NUMBER: — 08-80 —

TO: (Name and address of Defendant)

Emilio T. Gonzalez, Director
U.S. Citizenship and Immigration Services (USCIS)
U.S. Department of Homeland Security
Washington, DC 20528



FILED

FEB 14 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

VITALY S. PALAMARCHOUK
34 MEADOWBROOK LN
NEWARK, DE, 19711
Phone: (302)234-1260
Email: Vitaly.palamarchouk@astrazeneca.com

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 02/11/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| GENNADY SMAGIN | NA |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): MAILED ON 02/07/08 via USPS CERTIFIED MAIL, RETURN RECEIPT. DELIVERED ON 02/11/08.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/11/08
_____
Date

_____Smagin_____
Signature of Server

34 MEADOWBROOK La
Address of Server
NEWARK, DE 19711

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7004 1160 0003 8376 8521**
Detailed Results:

- Delivered, February 11, 2008, 8:10 am, WASHINGTON, DC 20528
- Arrival at Unit, February 11, 2008, 3:09 am, WASHINGTON, DC 20022
- Acceptance, February 07, 2008, 4:32 pm, WILMINGTON, DE 19803

( < Back )     ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.14   0503 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.94   02/07/2008 |

Postmark Here — FEB 07 2008 — WILMINGTON DE VALLEYVILLE BR

7004 1160 0003 8376 8521

Sent To: Emilio T. González, Director
Street, Apt. No.; or PO Box No.: U.S. Citizenship and Immigration Services (USCIS)
City, State, ZIP+4: U.S. Department of Homeland Security
Washington, DC 20528

PS Form 3800, Ju

---

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    2/11/2008

Vitaly S. Palamarchouk
34 Meadowbrook Ln
Newark, DE 19711

Peter Dalleo, Clerk of Court
Lockbox 18
844 King Street,
US COURTHOUSE
WILMINGTON, DE 19801

CASE #08-80

U.S.M.S.
X-RAY