AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     **DELAWARE**

Palamarchouk

V.

Chertoff, Gonzales, Novak, Mueller

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: — 08-80 —

TO: (Name and address of Defendant)

Robert S. Mueller III, Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, NW,
Washington, DC 20535

FILED
FEB 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JS

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

VITALY S. PALAMARCHOUK
34 MEADOWBROOK LN
NEWARK, DE, 19711
Phone: (302)234-1260
Email: Vitaly.palamarchouk@astrazeneca.com

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE |
|---|---|
| (By) DEPUTY CLERK | |

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 02/01/08 |
| NAME OF SERVER (PRINT) GENNADY SMAGIN | TITLE NA |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): MAILED on 02/07/08 via USPS certified mail, RETURN RECEIPT. Delivered on 02/11/08

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/11/08
Date

Signature of Server

Address of Server: 34 MEADOWBROOK LN, NEWARK, DE 19711

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7004 1160 0003 8376 8507
Detailed Results:

- Delivered, February 11, 2008, 4:16 am, WASHINGTON, DC 20535
- Notice Left, February 11, 2008, 2:08 am, WASHINGTON, DC 20535
- Arrival at Unit, February 11, 2008, 1:26 am, WASHINGTON, DC 20022
- Acceptance, February 07, 2008, 4:34 pm, WILMINGTON, DE 19803

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



Vitaly S. Palamarchouk
34 Meadowbrook Ln
Newark, DE 19711

Peter Dalleo, Clerk of Court
Lockbox 18
844 King Street,
US COURTHOUSE
WILMINGTON, DE 19801

CASE
# 08-80

U.S.M.S.
X-RAY