```
                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF DELAWARE

VITALY S. PALAMARACHOUK,    :
                            :
          Plaintiff,        :
                            :
     v.                     :  Civ. Action No. 08-080-JJF
                            :
SECRETARY MICHAEL           :
CHERTOFF, EMILIO            :
GONZALEZ, PAUL NOVAK, and   :
ROBERT S. MUELLER, III,     :
                            :
          Defendants.       :
```

### ORDER

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants' Motion To Dismiss is **GRANTED in part** and **DENIED in part** as follows (D.I. 9):

    A. The Motion to Dismiss for Lack of Subject Matter Jurisdiction pursuant to Rule 12(b)(1) is **DENIED** as to the claims raised under the Mandamus Act and the Administrative Procedures Act and **GRANTED** as to claims raised under the Declaratory Judgment Act.

    B. The Motion to Dismiss for Failure to State a Claim upon which Relief may be Granted pursuant to Rule 12(b)(6) is **DENIED**.

2. Based upon the representations by the parties, the claim against Robert S. Mueller, Director of the Federal Bureau of Investigation is **DISMISSED** as moot.

3. Defendants' Motion To Stay is **GRANTED** as unopposed.

(D.I. 14.)

    4.  Plaintiff's Motion For Summary Judgment is **DENIED** as **premature** with leave to renew.  (D.I. 13.)

    5.  Defendants shall file an answer to the Complaint within twenty-one days from the date of this Order.

    6.  Motions For Summary Judgment motions shall be filed by no later than **August 20, 2008**.  Responses shall be filed by no later than **September 2, 2008**.  Replies shall be filed by no later than **September 9, 2008**.

_July 30, 2008_
DATE

_Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE